UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | |
| CHRISTINA CHAPMAN, | : | |
| JOHN DOE 1, alias JIHO HAN, | : | |
| JOHN DOE 2, alias HAORAN XU, | : | |
| JOHN DOE 3, alias CHUNJI JIN, | : | |
| Defendants. | : | |

## ORDER

Having considered the Government's Motion to Seal the Indictment, Arrest Warrants, and related paperwork ("Motion to Seal"), and for good cause stated therein, the Court makes the following findings:

1. Sealing the Indictment, Arrest Warrants, the Motion to Seal, and this Order in the above-captioned matter will further the legitimate prosecutorial interest obtaining custody of a defendant.

2. The public docketing at this time of these materials could also cause the defendants and their coconspirators to flee and destroy evidence.

3. Accordingly, these facts present a legitimate basis for sealing the Indictment, Arrest Warrants, and related paperwork.

Based on the foregoing findings of fact, the Motion is hereby

GRANTED, and it is hereby

ORDERED that, in the above-captioned matter, the Indictment, Arrest Warrants, Motion to Seal, and Order to Seal shall be SEALED by the Clerk of the Court, pending the Government filing on the record a Notice to Unseal;

IT IS FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the Indictment, Arrest Warrants, the Motion to Seal, and this Order to Seal until further order of this Court;

IT IS FURTHER ORDERED that upon the Government filing a Notice to Unseal, the Clerk of Court shall immediately unseal this action;

IT IS FURTHER ORDERED that, notwithstanding this Order to Seal, the Government may disclose the Indictment, Arrest Warrants, and this Order to (1) appropriate U.S. and foreign law enforcement officials and other officials and personnel to the extent that such disclosure is in furtherance of national security or efforts to locate, arrest, detain, transfer, extradite, or expel a defendant, and (2) the court, court officials, and defense counsel in this district or any other appropriate district as necessary to conduct any court proceedings in that district;

It is FURTHER ORDERED that the Clerk of the Court shall provide to the United States Attorney's Office certified copies of the Indictment, Arrest Warrants, and the instant Motion to Seal and Order, upon request.

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF COLUMBIA

cc: Karen P. Seifert
Assistant U.S. Attorney
601 D Street, N.W.
Washington, D.C. 20530