UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | |
| **v.** | :   Cr. No. 24-220 |
| | |
| **CHRISTINA CHAPMAN** | : |
| **Defendant.** | : |

**UNOPPOSED MOTION TO CONVERT HEARING TO VIDEOCONFERENCE**

Ms. Chapman, through counsel, respectfully requests that the Court convert her arraignment scheduled for May 22 in this case to a hearing by video conference. Ms. Chapman resides in Arizona and has already had an initial appearance there. The government is not seeking detention and has no objection to proceeding in this fashion.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
ALEXIS GARDNER
Assistant Federal Public Defender
Federal Public Defender's Office
625 Indiana Ave, NW, Suite 550
Washington, D.C. 20004
(202) 208-7500
alexis_gardner@fd.org