UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 24-CR-220** |
| v. | : | |
| | : | |
| **CHRISTINA CHAPMAN,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     /s/ Ashley R. Pungello
        Ashley Pungello
        D.C. Bar No. 1735733
        Trial Attorney
        Computer Crime and Intellectual
            Property Section
        U.S. Department of Justice
        Telephone: (202) 514-2842
        Email: ashley.pungello@usdoj.gov

        Karen P. W. Seifert
        NY Bar No. 4742342
        Assistant United States Attorney

1

National Security Section
Telephone: (202) 252-7527
Email: karen.seifert@usdoj.gov