AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-cr-00220 |
| CHRISTINA CHAPMAN | ) Assigned to: Judge Moss, Randolph D. |
| | ) Assign Date: 5/8/2024 |
| | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **CHRISTINA CHAPMAN**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy to Defraud the United States); 18 U.S.C. §§ 1343, 1349 (Conspiracy to Commit Wire Fraud); 18 U.S.C. §§ 1344, 1349 (Conspiracy to Commit Bank Fraud); 18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft); 18 U.S.C. §§ 1028(a)(7), (b)(1)(D), (c)(3)(A) & (f) (Conspiracy to Commit Identity Theft); 18 U.S.C. §§ 1956(a)(1)(B)(i) & (h) (Conspiracy to Launder Monetary Instruments); 18 U.S.C. § 1960 (Prohibition of Unlicensed Money Transmitting Business); 8 U.S.C. § 1324a (Unlawful Employment of Aliens); 18 U.S.C. § 2 (Aiding and Abetting)

Date: 05/08/2024

*Issuing officer's signature*

City and state: Washington, DC

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08 May 2024, and the person was arrested on *(date)* 15 May 2024
at *(city and state)* Litchfield Park, Arizona.

Date: 15 May 2024

Elena Gresick
*Arresting officer's signature*

Elena Gresick, FBI Special Agent
*Printed name and title*