UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 24-cr-220 (RDM) |
| v. | : | |
| | : | |
| CHRISTINA CHAPMAN, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States and counsel for defendant Christina Chapman hereby file this joint status report, as required by the Court:

1. On June 4 and August 5, 2024, the government provided two tranches of discovery documents. A third tranche has been made available to defense on August 21, 2024, and the government is awaiting receipt of a device to copy the same for defense.

2. On August 28, 2024, the government provided a plea offer to defense.

3. Due to the volume of discovery and the press of other business, defense needs additional time to review the discovery and discuss the plea offer with the defendant. Defense counsel has trials scheduled in both September and October.

4. The parties jointly ask the Court to status hearing or set a date for a status report for the week of December 2, 2024.

5. The parties agree that it is appropriate for the Court to toll the Speedy Trial Act in the interests of justice until that status occurs or the report is due (as appropriate), and jointly request the Court toll time under the Speedy Trial Act.

Dated: August 30, 2024

Respectfully submitted,

1

For the United States

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY: ___/s/_____
KAREN P.W. SEIFERT
Assistant United States Attorney
National Security Section
N.Y. Bar No. 4742342
601 D Street, N.W.
Washington, D.C. 20530
202-252-7527

Ashley R. Pungello
Trial Attorney
Computer Crime & Intellectual Property Section
Criminal Division | U.S. Department of Justice
D.C. Bar No. 1735733
1301 New York Avenue, N.W.
Washington, D.C. 20530
(202) 514-2842


For the Defendant Christina Chapman

    Alexis Gardner
    Assistant Federal Defender
    Office of the Federal Public Defender
    625 Indiana Avenue N.W.
    Washington, D.C. 20004
    Alexis_Gardner@fd.org