UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 24-cr-220 (RDM) |
| CHRISTINA CHAPMAN, | : |
| Defendant. | : |

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Christina Chapman, with the concurrence of her attorney, agrees and stipulates to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt. Further, Chapman agrees and acknowledges that she did, in fact, perform the actions and have the knowledge ascribed to her below.

## Background

1. Since 2003, the Democratic People's Republic of Korea ("DPRK" or "North Korea") has been under sanction by the United Nations ("UN") due to testing and expansion of its nuclear weapons program. Since 2016, the United States has had comprehensive sanctions against North Korea, cutting it off from the U.S. financial system and limiting the ability of U.S. persons and companies to do business with North Koreans. As a result, North Korea has sponsored various subterfuge schemes to earn money for the regime.

2. North Korea has dispatched thousands of information technology ("IT") workers around the world, who misrepresent themselves as foreign (non-North Korean) teleworkers, earning revenue that contributes to North Korean weapons programs.

3. The Department of Homeland Security ("DHS") U.S. Citizenship and Immigration Services ("USCIS") is the federal agency responsible for ensuring employment eligibility for workers in the United States. DHS and USCIS are located in the District of Columbia. To confirm an employee's eligibility for employment in the U.S., employers are required by federal law to complete Form I-9, Employment Eligibility Verification ("Form I-9") or submit employee information to E-Verify, a web-based system run by USCIS.

4. The Internal Revenue Service ("IRS") is the federal agency responsible for collection of taxes from U.S. employers and employees. IRS is located in the District of Columbia.

5. The Social Security Administration ("SSA") is the federal agency responsible for administering retirement, disability, survivor, and family benefits, and enrolling eligible individuals in Medicare.

**Scheme to Defraud the U.S. Government**

6. From in or around October 2020, until on or about October 26, 2023, Chapman, a U.S. national, conspired with certain overseas IT workers to affect a scheme to defraud the United States and its agencies, to generate revenue for the overseas IT workers and their associates, and to generate revenue for Chapman.

7. The overseas IT workers stole the identities of U.S. nationals or otherwise convinced U.S. persons to loan the overseas IT workers their identities for money and applied for remote jobs in the United States using those false identities and causing the transmission of false documentation to DHS. They obtained jobs at hundreds of U.S. companies, to include Fortune 500 companies, often indirectly through staffing companies or other contracting organizations ("staffing companies").

8. Through Chapman's assistance in receiving and hosting laptop computers and other hardware from U.S. companies at her U.S. residences, the overseas IT workers gained access to the internal systems of the U.S. companies.

9. Chapman's overseas IT workers coconspirators were paid millions of dollars for their work, much of which has been falsely reported to the IRS and the SSA in the name of the actual U.S. persons whose identities have been false, stolen, or borrowed.

10. The conspiracy impacted more than 300 U.S. companies, compromised more than 70 identities of U.S. persons, caused false information to be conveyed to DHS on more than 100 occasions, created false tax liabilities for more than 70 U.S. persons, and resulted in at least $17.1 million of revenue to be generated for the overseas IT workers.

**Targeting U.S Companies and U.S. Person Identities**

11. On or about February 25, 2022, a coconspirator registered an account with a Maryland-based online background check service provider, Online Background Check Service-1 ("OBCS-1") using Chapman's name and address. On the same day, Chapman provided a coconspirator overseas IT worker using the screenname "Joren Jo" ("JJ") with her debit card information. CHAPMAN told JJ that she would "add the total charge to the invoice." The conspirators created multiple accounts at a money service transmitter ("MST," hereinafter "MST-2"), using Chapman's identifying and debit card information. The conspirators used associated MST-2 accounts for payments for access to the OBCS-1 account. Between on or about February 25, 2022, and on or about August 2, 2023, the coconspirators used OBCS-1 to conduct more than 80 queries, to include criminal history reports and Social Security Number traces, of 57 U.S. persons' identities in order to further their impersonation of these U.S. persons with U.S. employers.

12. On or about December 14, 2021, the conspirators registered an account with a California-based online background check service provider, OBCS-2, and queried more than 1,700 U.S. persons' identities, in order to verify their information, including 56 stolen U.S. persons' identities which were used in the scheme. The conspirators used MST-2 accounts to for payments to OBCS-2 for associated searches.

### Chapman's Facilitation and Coordination of Illegal Employment in the United States

13. Chapman received and hosted laptops issued by U.S. companies to the overseas IT workers in her U.S. residences (a "laptop farm"), so that the companies believed the workers to be located in the United States. At her laptop farms, Chapman assisted the numerous overseas IT workers in numerous ways, examples of which are set forth below:

   a. On or about November 21, 2022, a coconspirator overseas IT worker using the screenname "AT," and using the U.S. identity "Daniel B.", obtained a job at Company 1 for a remote position as a software engineer and provided Chapman's address to Company 1's Human Resources department as his permanent residence. On or about November 16, 2022, Chapman received a package addressed to "Daniel B." containing a laptop for his employment at Company 1. On or about November 21, 2022, Chapman messaged with coconspirator AT, wherein they discussed Chapman's assistance with setting up the laptop for AT to include exchanging log-in credentials for the laptop and installing AnyDesk, a remote login application. Between on or about November 22, 2023, and on or about November 23, 2023, Chapman exchanged further messages with AT about technical assistance for the Company 1's laptop:

   AT: We are going to have laptop setup meeting in 20 mins. Can you join Teams meeting and follow what IT guy say? Because it will require to restart laptop

multiple times and I can not [sic] handle that. You can mute and just follow what they say, they have access to entire screen and will control of most of things without you. However, you have to restart it inevitably . . . .

AT: You can join Teams meeting from your phone or your own laptop. . . .

CHAPMAN: Who do I say I am?

AT: You don't have to say, I will be joining there too.

CHAPMAN: It's going to have my name on it, right?

AT: You just mute and listen, then follow what she instruct, she may ask you to restart laptop. . . .

CHAPMAN: I just typed in the name Daniel. If they ask WHY you are using two devices, just say the microphone on your laptop doesn't work right. . . .

CHAPMAN: Most IT people are fine with that explanation.

b. On or about June 16, 2023, a coconspirator overseas IT worker using the U.S. identity "Kevin S.," working through Staffing Company 1, obtained a remote position as a software engineer for Company 2. On or about July 13, 2023, Company 2 sent a company-issued laptop addressed to "Kevin S." at Chapman's residence.

c. On or about May 17, 2022, Chapman exchanged communications with a coconspirator overseas IT worker using the screenname "Mobile & Web Projects" ("M&W") related to a laptop for a job contracted through Staffing Company 2. M&W told Chapman that a laptop would soon be arriving from Company 3 / Staffing Company 2 and to "ping me" when it arrived. On or about May 19, 2022, Chapman confirmed that the laptop arrived and on or about May 20, 2022, Chapman messaged with M&W about the setup process for this laptop, to include

installing AnyDesk.

d. On or about April 7, 2022, a coconspirator overseas IT worker using the U.S. identity "David S.," working through Staffing Company 3, obtained a remote position at Company 4. On or about April 11, 2022, a coconspirator overseas IT worker using the screenname "BH" asked Chapman if "[a]ny laptop was delivered under 'David S.'?" Chapman responded that it had arrived. BH wrote, "I want to access that remotely You know how to install Anydesk?" Chapman responded, "I do it practically EVERYDAY!" Chapman then installed AnyDesk and set up the laptop for remote work.

e. On or about August 2, 2023, a coconspirator overseas IT worker using the U.S. identity "Ryan F.," working through Staffing Company 4, obtained a remote position at Company 5. On or about September 26, 2023, Company 5 sent a company-issued laptop addressed to "Ryan F." at Chapman's residence, along with a Personal Identity Verification card in the name of "Ryan F.".

f. On or about February 6, 2023, a coconspirator overseas IT worker using the U.S. identity "Frank C.," working through Staffing Company 5, obtained a remote position at Company 5. On or about February 8, 2023, Chapman received a shipment addressed to "Frank C." at her residence, which included a laptop for remote work at Company 6. On or about February 14, 2023, coconspirator overseas IT worker using the screenname "Web Dev" ("WD") and Chapman messaged about the Company 6 laptop:

WD: And could we do the computer setup for [Company 6] company computer?.

> CHAPMAN: I created a second desktop on [Company 6] for zoom, just in case.
>
> WD: Cool. How did you pass this step? What admin username and password did you use? This one I mean.
>
> CHAPMAN: I rarely have issues installing Zoom in computers. . . . Anydesk is what required an admin username and password, not Zoom.
>
> WD: Oh. I got it.      And for [Company 6] compute[sic], it is showing zoom controlling alert now. . . .That seems due to my developer joined. . . . Anyway to hide it in my way?

g. On or about July 27, 2023, Chapman messaged a coconspirator overseas IT worker using the screenname "Project Manager" ("PM"), about a laptop for Company 7 being delivered to Chapman's address. On or about August 1, 2023, a coconspirator overseas IT worker using the U.S. identity "Frank C.," working through Staffing Company 6, obtained a remote IT position at Company 7. On or about August 3, 2023, after the laptop arrived at Chapman residence, Chapman and PM communicated about whether Chapman would set up the laptop that day, given her prior promises to set up laptops for other overseas IT workers.

> CHAPMAN: I didn't say setup should be today   I'll tell the other people who start TOMORROW morning, that Yuri says he's more important   Will they know you are Yuri over there?
>
> PM: Let me know who is planed [sic] for today, I will have a talk with them. Yes.
>
> CHAPMAN: Because I don't know who is on who's team, or who know about each other... I can't reveal other names. I got some people in trouble for that before.

h. On or about October 16, 2023, a coconspirator overseas IT worker using the U.S. identity "Darius W." obtained a remote software engineer position at Company 8. As a software engineer, "Darius W." had access to sensitive segments of

Company 8 servers. "Darius W." requested the Company 8 laptop be sent to Chapman's residence. On or about October 14, 2023, a Company 8-laptop was delivered to Chapman's residence. Chapman communicated with "Darius W." about connection issues related to the laptop and he requested that Chapman ship the laptop. On or about October 24, 2023, "Darius W." took leave, claiming that his father had fallen ill. He did not return to work following his absence and continued his unpaid leave. On or about October 25, 2023, Chapman sent "Darius W." a photograph of a receipt confirming that the laptop was shipped to Pakistan. Between on or about October 16, 2023, and on or about November 9, 2023, "Darius W." accessed and downloaded large amounts of information without authorization from Company 8 servers.

i. Beginning on or about March 20, 2023, a coconspirator overseas IT worker using U.S. identity "Marcus M.," who had obtained employment at a staffing company, was contracted to Company 9 for a remote position. Company 9 sent a shipment to "Marcus M." at Chapman's residence, which included a laptop for remote work. Between on or about September 9, 2023, and on or about October 4, 2023, "Marcus M.," caused what appeared to be 15 separate unauthorized data exfiltrations from IP addresses which appeared to resolve to a location in Nigeria.

j. On or about March 24, 2022, Chapman messaged with coconspirator Zhonghua, wherein Zhonghua requested Chapman's assistance in obtaining an IRS Wage and Tax Statement (a Form W-2 or "W-2") for a coconspirator overseas IT worker "Matthew" and sought samples of W-2s. "Matthew" characterized those samples to Chapman as "really important for our work."

    k. Between on or about December 9, 2022, and on or about August 29, 2023, Chapman sent at least 49 laptops, tablets, or other computers issued by U.S. companies to overseas locations, to facilitate remote work at U.S. companies. The most frequent destination for those shipments was Dandong, China, a city on the border with North Korea.

### Transmitting False Information to U.S. Government Agencies

14. Between on and about March 2, 2021, and on and about November 22, 2023, coconspirator overseas IT workers applied for employment with U.S. companies and caused U.S. companies to transmit false information to DHS USCIS via the E-Verify system more than 107 times, to include false information about U.S. persons' identities and false documents. Examples of Chapman's involvement in and facilitation of this conduct are set forth below:

    a. Between on or about April 22, 2022, and on or about April 26, 2022, Chapman messaged with a coconspirator overseas IT worker using the screenname "Max," wherein they discussed Chapman's assistance in submitting a Form I-9 for the U.S. person identity "Weichong C." to a U.S. company:

> Max: So we need to send envolop [sic] to any USPS location to receive the equipment. I want you to print the following forms and sign with my name and sent it to them. Please help me, Christina.
> [MEDIA ITEM: Label-Weichong C.pdf]
> [MEDIA ITEM: I-9 Electronic Blank.pdf] . . . .
>
> Max: Got it[] Got it.  Please ship out the hand signed I-9 form by the end of the day" The company send message again. Could you please help me today?
>
> CHAPMAN: Yes. I'll get it out today. . . . I did my best to copy your signature.
>
> CHAPMAN: Your paperwork got sent out today.

    b. On or about August 2, 2023, Chapman acknowledged the severity of falsifying

employment eligibility forms (i.e., the Form I-9) in a group message that included several coconspirator overseas IT workers, stating, "[i]n the future, I hope you guys can find other people to do your physical I9s. These are federal documents. I will SEND them for you, but have someone else do the paperwork. I can go to FEDERAL PRISON for falsifying federal documents."

    c. Between on or about August 28, 2023, and on or about August 29, 2023, a coconspirator overseas IT worker using the screenname "Chong," asked Chapman to print false identifying documents and send to a U.S. employer:

Chong: I received an offer from [Company 55] . . . . [C]ould you please print two documents on paper and deliver to NY? . . . It's not a card, it's a paper. The temporary DL card. Can you help me with that? . . . Because I can't make a valid DL card, I said that I had lost my DL card. The company provided another option – I can do the drug test with the temporary DL card in my hand. So I have to find another person who can do the drug test with the document once you print them. I checked by online research for [sic] several times and it's said that the temporary DL card doesn't have barcode or hologram. And it can be printed by myself as well. So I think it's possible as long as you can print them for me. [W]hat is your thought?

CHAPMAN: If I'm just printing and sending. . . .

Chong: Thanks.    Hi Christina. Please print follow documents.
[MEDIA ITEM: Drug Screen Registration.pdf]
[MEDIA ITEM: Stephen Kyle C[]TemporaryDL.pdf] [MEDIA ITEM: Clinic Authorization Form – AOH C[].pdf]
Please print them and send to this address – [Address] Brooklyn NY. Please share tracking number once you've finished. . . .

CHAPMAN: Just waiting for a pick up [sic].

15. Between on or about January 1, 2022, and on or about January 31, 2024, on more than 100 occasions, Chapman and her coconspirators caused U.S. companies to transmit false wage and tax information for the wages earned by the overseas IT workers under the scheme in

the names of U.S. persons to the SSA and the IRS. However, Chapman and her coconspirators knew that the information was associated with stolen or borrowed U.S. identities, that U.S. persons associated with those identities did not in fact earn such wages, and that the U.S. companies did not know that the identities were stolen or borrowed.

### Attempts to Gain Employment at U.S. Government Agencies

16. On multiple occasions during the conspiracy, Chapman facilitated coconspirators' attempts to gain employment at agencies of the United States government, as set forth in the examples below:

   a. On or about June 29, 2023, a coconspirator overseas IT worker using the U.S. identity "Sion W.," working through Staffing Company 7, obtained a remote contractor position with the DHS Immigration and Customs Enforcement ("ICE"), a U.S. Government Agency located in the District of Columbia. "Sion W." provided Chapman's residence as the home address on the DHS paperwork. On or about October 24, 2023, Staffing Company 7 contacted "Sion W." stating that they needed to speak about "identity issues" and needed "Sion W.'s" birth certificate or passport. DHS/ICE requires fingerprints be submitted for its contractor positions. "Sion W." did not submit fingerprints and, therefore, DHS/ICE did not hire him as a contractor.

   b. On or about April 25, 2023, a coconspirator overseas IT worker using the U.S. identity "Royd L.," working through Staffing Company 8, obtained a remote contractor position with DHS Federal Protective Service ("FPS"). "Royd L." listed Chapman's address on his application for employment with Staffing Company 8. On or about April 27, 2023, DHS/FPS provided "Royd L." the forms

and instructions necessary to complete his background check, including information for scheduling a required fingerprint examination. On or about May 8, 2023, "Royd L." informed Staffing Company 8 that he was quitting the job due to a death in the family and need to support his family.

c. On or about September 27, 2023, a coconspirator overseas IT worker using the U.S. identity "Dong C.," working through Staffing Company 9, obtained a remote IT contractor position with the General Services Administration ("GSA"), a U.S. Government Agency located in the District of Columbia. "Dong C." provided Chapman's address as his home address to Staffing Company 9 and listed "Christina" as his "spouse." On or about September 27, 2023, "Dong C." virtually attended a GSA staff meeting but was unable to communicate besides introducing himself. Thereafter, he attended several other meetings without speaking and was otherwise unable to be reached. On or about October 2, 2023, GSA staff terminated "Dong C." as a contractor.

### Bank Fraud and Money Laundering Conspiracy

17. Chapman and the coconspirator overseas IT workers impersonated U.S. persons, forging check endorsements and caused U.S. companies to make deposits in the names of individuals who were falsely associated with the transactions, and thereby caused the banks to unknowingly process transactions to or for the benefit of foreign individuals and entities, including North Korean nationals.

18. Chapman conspired with the coconspirator overseas IT workers to devise and implement a scheme to deposit wages into Chapman's U.S. financial accounts and submit false information to the banks, as evidenced by the examples below:

a. On or about November 30, 2021, Chapman messaged with a coconspirator overseas IT worker using the screenname "Piety," after Chapman received a payroll check for U.S. identity "Jerry P." at her residence. Chapman explained that she could write Piety's account number on the check and deposit it. Piety then provided the account and routing number for an account at a U.S. financial institution under the name "Anastasiia D.".

b. On or about June 28, 2022, Chapman messaged with a coconspirator overseas IT worker using the screenname JJ. JJ asked about using Chapman's bank account to receive payroll from a U.S. company. Chapman responded that she was looking into "what kind of bank account [she] needed" and related her concerns, stating, "what happens when my bank account gets flagged by the federal government for processing to [sic] many large payments and sending them overseas? I get in trouble and go to prison. . . ."

c. On or about March 17, 2023, Chapman messaged with a coconspirator overseas IT worker using the screenname "WebHamster" ("WH"). They discussed strategies for fraudulent depositing payroll checks in the name of U.S. identity "Irving B.":

WH: [] would you find someone who can help with physical paper checks, i will pay 30% fee, if needed. the problem is that "Irving B." isn't real person's name. . .

CHAPMAN: That's probably why it didn't go through my bank as the name is fake. I could go to prison for fraud for that. So, Irving is not a real person at all?

WH: No. any possibility? . . .

CHAPMAN: I am willing to try one more time. But I don't have another check. A second one never came here.

> WH: I will check with the company, but you could try with the one which be arrived soon. It will be about 3.8k. and 30% will be paid as fee.

d. Between on or about October 5, 2023, and on or about October 19, 2023, Chapman exchanged multiple messages with a coconspirator overseas IT worker using the screenname "Tommy," wherein they discussed how to deposit wages for U.S. identity "Andy P." into Chapman's account at U.S. Financial Institution 2 ("USFI-2").

> CHAPMAN: The bank said only Andy, calling from a real number can confirm that the money was meant to go into my account. . . .
>
> Tommy: then we can prepare one of my US friend. he has real US number and can pretend to be Andy. I will provide all information about Andy to him. What do you think?
>
> CHAPMAN: It HAS to be in the name Andy P[.]. . . .
>
> Tommy: Make sense. You mean the real phone number which I will give you should be connected name which is Andy P[.]? I think it's impossible . . . .
>
> CHAPMAN: Your friend here needs to go get a sim card, saying he's buying it for his friend Andy P[.] so it gets put in his name. If the bank asks about the new number, he can just say he moved recently. Then that sim card can be put in an extra phone for the phone call/s. I told the bank that I usually talked to Andy via [Messaging Application-1] because it was easier as we moved and traveled for work. Alternatively, your friend can get a Lan line in Andy's name. You guys obviously have a social security number for him. That would be registered in his name. . . .
>
> CHAPMAN: I'm losing my account and no longer eligible to have accounts at [USFI-2]. There will be a balance owed because I already sent you money. The ONLY thing that can fix this is Andy P[.] going into a [USFI-2] location and showing his idea and saying he asked to have his money deposited into my account. . . .
>
> Tommy: I will prepare my friends to visit at the [USFI-2] with Andy's id. . . .

. CHAPMAN: We need someone who looks like Andy.

19. Between on or about September 27, 2022, and on or about August 14, 2023, after endorsing checks issued in the name of a beneficiary other than herself and signing the check for deposit, Chapman deposited more than 16 payroll checks totaling approximately $61,270.88 into her USFI-1 account via the bank's mobile deposit feature.

20. Between on or about April 20, 2022, and on or about July 17, 2022, Company 50 made direct deposits for wages of coconspirator overseas IT workers into Chapman's USFI-2 account, totaling approximately $27,738.26.

21. As evidenced by the examples below, after receiving fraudulent wages in her U.S. financial accounts, Chapman further transferred proceeds of the scheme to the coconspirator overseas IT workers. In exchange, Chapman charged monthly fees to the overseas IT workers for her services which they forwarded to her accounts, enriching herself off the scheme.

    a. Between on or about April 20, 2022, and on or about July 14, 2022, Chapman received payroll wages for coconspirator overseas IT workers from U.S. companies directly deposited into her USFI-2 account, totaling approximately $23,406.24, and then she transferred those funds into coconspirator Haoran Xu's ("Xu") MST-3 account.

    b. Between in or around March 2021, and in or around March 2023, Xu's MST-2 account sent Chapman's MST-2 account 90 transfers totaling approximately $142,919.00. Most of the transfers contained notes that referenced "Service Fee," "Shipment Fee," "Development Work," "Web Design," "Purchase Computer," Equipment Purchase," and "HTML Design."

    c. Between on or about December 14, 2021, and on or about April 3, 2023,

coconspirator Chunji Jin's MST-2 account sent Chapman's MST-2 account nine transfers totaling approximately $12,210.00. Most of the transfers contained notes that referenced "Service Fee" or "Shipment Fee."

d. Between on or about September 15, 2022, and on or about September 30, 2022, U.S. companies directly deposited approximately $10,256.53 into Chapman's USFI-1 account. Chapman then transferred those funds into coconspirator Jiho Han's ("Han") MST-1 account.

22. In addition, on approximately a monthly basis, from in or around November 2021 to in or around October 2023, Chapman charged coconspirator overseas IT workers for "rent" and other fees for the services that she rendered in operating the laptop farm, to include logging into the U.S. companies' laptops, connecting to the U.S. companies' networks, downloading remote access software, connecting the overseas IT workers remotely to the laptops, providing technical support, laptop storage and shipping, and arranging for the transfer of payments. The fees charged by Chapman totaled $176,850.00.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | EDWARD R. MARTIN, Jr.<br>UNITED STATES ATTORNEY<br>D.C. Bar No. 481866 |
| By: | /s/<br>Thomas A. Gillice, D.C. Bar No. 452336<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-1791 | Thomas.Gillice@usdoj.gov |
|  | Ashley R. Pungello, D.C. Bar No. 1735733<br>Trial Attorney<br>Computer Crime and Intellectual Property Section<br>United States Department of Justice<br>1301 New York Avenue, N.W.<br>Washington, D.C. 20530<br>(202) 514-2842 | Ashley.Pungello@usdoj.gov |

## DEFENDANT'S ACKNOWLEDGMENT

The preceding statement is a summary made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. I make this statement knowingly and voluntarily, and I stipulate and agree that this Statement of Offense concerning my actions is true and accurate. I have read every page of this Statement of Offense and have discussed it with my attorney, Alexis Gardner. I am fully satisfied with the legal services provided to me in connection with this plea. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

Date 2-5-25

_____
Christina Chapman
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and have reviewed it fully with my client, Christina Chapman. I concur in my client's desire to adopt and stipulate to this Statement of Offense as true and accurate.

Date _____

_____
Alexis Gardner
Attorney for Christina Chapman