CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 24-CR-220
)
Christina Chapman )
)
)

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

*CMChapman*
Defendant

*[signature]*
Counsel for Defendant

I consent:

*Joshua S. Rothstein*
Assistant United States attorney

Approved:

*Randolph D. Moss*          Date: 2/24/25

Randolph D. Moss
United States District Judge