UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

CHRISTINA CHAPMAN,

Defendant.

Crim. Action No. 24-220 (RDM)

### ORDER

It is hereby ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshals Service is directed to arrange for and to cover the expense of air flight transportation and a hotel overnight for Ms. Chapman to secure her appearance at the sentencing hearing on July 16, 2025 at 10:00 a.m..

IT IS SO ORDERED this __8__ day of May, 2025.

_____
THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE