UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTINA CHAPMAN,<br><br>Defendant. | Crim. Action No. 24-220 (RDM) |

### AMENDED ORDER

Upon consideration of Defendant Christina Chapman's motion to travel, Dkt. 26, it is hereby ORDERED that the motion is GRANTED in part and DENIED in part. Pursuant to 18 U.S.C. § 4285, the Court finds that Defendant is unable to afford the necessary transportation to appear for the upcoming July 16, 2025 hearing and that it would serve the interests of justice to grant her request for financial assistance to attend the hearing. The Court therefore directs the United States Marshal to arrange and furnish the fare for Defendant's transportation from Phoenix, Arizona to the District of Columbia to attend the hearing. The Court notes, however, that this order only applies to Defendant's travel to the hearing, not her return travel. Section 4285 does not authorize the Court to direct the Marshal to pay for a defendant's return travel home. The Court also notes that payment for an overnight hotel is not permitted under the statute.

IT IS SO ORDERED this _9_ day of May, 2025.

_____
THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT COURT JUDGE