**VICTIM IMPACT STATEMENT**

Your Name: **DataStaff Inc.**

Case#: **U.S. District Court for District of Columbia**

**Case Number 2023R01503 and Court Docket Number 24-CR-00220**

Defendant's Name: **Christina Marie Chapman**

Sentencing Date: **July 24, 2025**

**To the Honorable Judge:**

We are Glynda Mealer and Rob Crabill, co-owners of a small business located in Raleigh, North Carolina. We have successfully operated an IT staffing agency for many years called DataStaff Inc. Our company, DataStaff Inc., is a victim of crimes committed by Christina Marie Chapman, as set forth in the above-referenced proceedings.

DataStaff Inc. is a full-service professional staffing company that places high-level, reliable contract, contract to hire and permanent positions, as well as Managed Services capabilities. To help clients meet evolving goals and challenges, especially regarding human service technology, DataStaff Inc. provides technology integration solutions such as North Carolina Medicaid Management Information Services and North Carolina Families Accessing Services through Technology. Along with its IT solutions, DataStaff Inc. provides citizen engagement and eligibility through Outreach Specialist/Call Center Representatives throughout the United States.

A large part of DataStaff Inc.'s success comes from the trust and accountability of our employees, who regularly work with sensitive information on behalf of private and public clients. DataStaff Inc. prides itself on its careful due diligence in the selection and onboarding of its employees.

However, Ms. Chapman's actions at issue in the above proceedings have shaken our business culture to its core. It is shocking that a company that follows best practices, let alone the legal requirements for onboarding employees, could fall victim to the types of crimes at issue here. Ms. Chapman's actions have shaken our trust in the truthfulness of applicants for employment. Her actions have negatively impacted morale and enthusiasm within our organization, causing our recruiters and HR professionals to become significantly more cynical and skeptical when considering individuals for employment opportunities.

Moreover, Ms. Chapman's actions have impacted client relationships. In disclosing Ms. Chapman's crimes to impacted clients, DataStaff now will spend months, if not years, re-gaining the trust of its impacted clients, as to the competency and accountability of its workers.

Victim Impact Statement
Submitted by DataStaff Inc.
Case Number 2023R01503 and Court Docket Number 24-0CR-00220, US District Court for the District of Columbia
P a g e | 2

While the future financial implications of Ms. Chapman's crimes will be ongoing and may be difficult to quantify, there are certain hard financial costs that DataStaff already has been forced to incur and for which it seeks restitution as part of Ms. Chapman's sentencing.  The costs are set forth as follows:

- $15,600.00 owed to DataStaff Inc. for services provided to its client by a worker posing fraudulently as a U.S. citizen and resident named James B█████ as orchestrated by Ms. Chapman.  Upon Ms. Chapman's crimes becoming known to DataStaff Inc. and its client, DataStaff Inc.'s client declined to pay the invoice for "Mr. B█████'s" services (See Exhibit 1).

**Total Amount Sought in Restitution - $15,600.00**

Contemporaneously with this statement, we have enclosed documentation to substantiate the financial loss that DataStaff Inc. has incurred.

DocuSigned by:
*Glynda Mealer*
E2850E867CD0434...                                    7/14/2025
_____                             _____
Glynda Mealer                                         Date

Signed by:
*Rob Crabill*
A6FA1413CD49459...                                    7/14/2025
_____                             _____
Rob Crabill                                           Date

2

**DataStaff, Inc.**
**Open Invoices**
As of June 12, 2025

| | Type | Date | Num | P. O. # | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Client Name - Redacted** | | | | | | | | | |
| **James B****** | | | | | | | | | |
| | Invoice | 03/15/2024 | 48580 | | Net 30 | 04/14/2024 | Staffing | 424 | 15,600.00 |
| **Total James B****** | | | | | | | | | 15,600.00 |
| **Total Client Name - Redacted** | | | | | | | | | 15,600.00 |

**Exhibit 1**