UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 24-CR-220 |
| v. : | |
| : | |
| CHRISTINA CHAPMAN, : | |
| : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, notifies the Court of an additional Victim Impact Statement provided by Nike Inc., a victim in this case (Exhibit A).

The government also notifies the Court that Nike, Inc. requested $74,956.67 in restitution. This amount represents the wages paid to the overseas IT worker. Nike, Inc. has represented that IT services were not satisfactory, and the government will follow up with Nike, Inc. for more documentation about wages that were paid for work that was not complete.

The government submits that restitution is mandatory for Conspiracy to Commit Wire Fraud (18 U.S.C. §§ 1343, 1349), Aggravated Identity Theft (18 U.S.C. § 1028A(a)(1), and Conspiracy to Launder Monetary Instruments (18 U.S.C. §§ 1956(a)(1)(B)(i) & (h) and warranted under 18 U.S.C. § 3663A.  Because the offenses of conviction have victims who have suffered a pecuniary loss, restitution is both authorized and mandated by the Mandatory Victims Restitution Act (MVRA).  *See* 18 U.S.C. § 3663A(c)(1)(B). Should the Defendant oppose restitution, the government respectfully requests the Court set a briefing schedule on the merits of the restitution requests.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

Karen P. W. Seifert (N.Y. Bar No. 4742342)
Assistant United States Attorney

*/s/ Ashley Pungello*
Ashley R. Pungello (D.C. Bar No. 1735733)
Trial Attorney
Computer Crime and Intellectual Property Section
Criminal Division
U.S. Department of Justice