

July 24, 2025

The Honorable Randolph D. Moss

Re:  *U.S. v. Christina Chapman*
      Case number: 24-CR-220
      Victim Impact Statement – Nike, Inc.

Dear Honorable Judge Moss,

On behalf of NIKE, Inc., I wish to express the impact the defendant's actions had on our company, and our workforce. The defendant's decision to obtain employment through NIKE, via identity theft, and subsequently launder earnings to foreign state actors, was not only a violation of the law—it was a betrayal of the trust that we as an organization extend to every member of our team.

The incident required us to expend valuable time and resources on internal investigations to confirm our systems were never breached, and to develop and implement additional safeguards and protocols for added protection moving forward.

The defendant's actions were calculated, deliberate, and carried out with little regard for NIKE, Inc., or other victim companies. Further, the fact that wages paid to the defendant by NIKE, Inc. (~$74,956.67 over the 5-month scheme), were funneled to foreign state actors, compounds the violation of trust, and raises concerns about the intentions and affiliations of the defendant.

We respectfully ask the Court to consider the harm caused by the defendant's actions, not only in terms of financial loss, but also in the erosion of trust and confidence that are essential to any healthy workplace and global enterprise. We look to the justice system to recognize the seriousness of these offenses, to hold the individual accountable, and to send a clear message that such violations of trust will not be tolerated.

Thank you for your attention and consideration. We are grateful to see this resolved.

Respectfully,

Chris Gharst
Director, Global Investigations

# Pay Summaries - Rollup Totals

**Name** T████, Kou

| Year & Week | Pay Date | Period End Date | Gross | Net | Check / Voucher # | Co / File # |
|---|---|---|---|---|---|---|
| 2022 - 11 - 1 | 03/18/2022 | 03/12/2022 | $3,200.00 | $0.00 | 00110708 | 6ED/979752 |
| 2022 - 09 - 1 | 03/04/2022 | 02/26/2022 | $6,400.00 | $0.00 | 00090693 | 6ED/979752 |
| 2022 - 07 - 1 | 02/18/2022 | 02/12/2022 | $6,400.00 | $0.00 | 00070690 | 6ED/979752 |
| 2022 - 05 - 1 | 02/04/2022 | 01/29/2022 | $4,480.00 | $0.00 | 00050668 | 6ED/979752 |
| 2022 - 03 - 1 | 01/21/2022 | 01/15/2022 | $6,400.00 | $0.00 | 00030689 | 6ED/979752 |
| 2022 - 01 - 1 | 01/07/2022 | 01/01/2022 | $0.00 | $0.00 | 00010705 | 6ED/979752 |
| 2021 - 51 - 1 | 12/23/2021 | 12/18/2021 | $5,600.00 | $0.00 | 00510762 | 6ED/979752 |
| 2021 - 49 - 1 | 12/10/2021 | 12/04/2021 | $5,120.00 | $0.00 | 00490724 | 6ED/979752 |
| 2021 - 47 - 1 | 11/24/2021 | 11/20/2021 | $6,400.00 | $0.00 | 00470757 | 6ED/979752 |
| 2021 - 45 - 1 | 11/12/2021 | 11/06/2021 | $6,400.00 | $0.00 | 00450701 | 6ED/979752 |
| 2021 - 43 - 1 | 10/29/2021 | 10/23/2021 | $1,280.00 | $0.00 | 00430676 | 6ED/979752 |

## Earnings Summary

| | | |
|---|---|---|
| **Gross Pay** | | $ 51,680.00 |
| Regular | Hours: 646.00 | $ 51,680.00 |
| **Total Hours Worked: 646** | | |

| Taxes | | $ 15,252.31 |
|---|---|---|
| Federal Income Tax | | $ 7,386.41 |
| Social Security | | $ 3,204.16 |
| Medicare | | $ 749.36 |
| State Worked In: Minnesota | Code: MN | $ 3,319.10 |
| SUI/SDI: California (Taxing) | Code: 75 | $ 593.28 |

| Deductions | $ 0.00 |
|---|---|

| Take Home | $ 36,427.69 |
|---|---|
| CHECKING 1 | $ 36,427.69 |

## Other Details

### Memos

| Sick Time | 125.27 |
|---|---|
| Current Accrual | 21.48 |