# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 24-CR-220 |
| v. : | |
| : | |
| CHRISTINA CHAPMAN, : | |
| : | |
| : | |
| Defendant. : | |

## ERRATA

The United States, through undersigned counsel, hereby files this errata to correct Docket Entry No. 39. The initial filing contained information that the government determines should be redacted to protect the privacy of individuals, and thus the government requests the Clerk of the Court substitute the attached for Docket Entry No. 39, Exhibit 3, and otherwise remove the initial filing from the record.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

Karen P. W. Seifert (N.Y. Bar No. 4742342)
Assistant United States Attorney

*/s/ Ashley Pungello*
Ashley R. Pungello (D.C. Bar No. 1735733)
Trial Attorney
Computer Crime and Intellectual Property Section
Criminal Division
U.S. Department of Justice