**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No. 24-CR-220** |
| **v.** | **:** | |
| | **:** | |
| **CHRISTINA CHAPMAN,** | **:** | |
| | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, notifies the Court of the attached Victim Impact Statements provided by

victims in this case (Exhibits 1-3).

The government also notifies the Court that the victims have requested restitution in the

following amounts: Victims in this case have requested restitution in the following amounts:

a. DataStaff Inc.: **$15,600.00** for IT worker services provided to a client who declined to pay after learning of connection to the instant case.
b. Cody W: **$3,250.00** for rebuilding post-bankruptcy and cybersecurity protection.
c. Jeenie, Inc.: **$60,204.16** for a laptop sent to an overseas IT worker, cost of internal investigation, and legal fees.

The government submits that restitution is mandatory for Conspiracy to Commit Wire

Fraud (18 U.S.C. §§ 1343, 1349), Aggravated Identity Theft (18 U.S.C. § 1028A(a)(1), and

Conspiracy to Launder Monetary Instruments (18 U.S.C. §§ 1956(a)(1)(B)(i) & (h) and warranted

under 18 U.S.C. § 3663A. Because the offenses of conviction have victims who have suffered a

pecuniary loss, restitution is both authorized and mandated by the Mandatory Victims Restitution

Act (MVRA). *See* 18 U.S.C. § 3663A(c)(1)(B). Should the Defendant oppose restitution, the

government respectfully requests the Court set a briefing schedule on the merits of the restitution

requests.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

Karen P. W. Seifert (N.Y. Bar No. 4742342)
Assistant United States Attorney

*/s/ Ashley Pungello*
Ashley R. Pungello (D.C. Bar No. 1735733)
Trial Attorney
Computer Crime and Intellectual Property Section
Criminal Division
U.S. Department of Justice