

**From:** Yana W███ ████████████████████>
**Sent:** Wednesday, July 9, 2025 2:36 PM
**To:** Seifert, Karen (USADC) ████████████████
**Subject:** [EXTERNAL] Victim impact statement

Victim Impact Statement

Your Name: Cody W████

Case #: 2023R01503

Defendant's Name: Christina Chapman

Sentencing Date: July 16, 2025

To the Honorable Judge,

How has this crime affected you and those close to you?

This crime has deeply affected me emotionally, mentally, and financially. Discovering that my identity was stolen and used to commit fraud left me feeling violated, helpless, and afraid. I experienced overwhelming anxiety, frustration, and a profound loss of trust—not just in systems meant to protect my information, but in the world around me. My family also suffered emotionally as they witnessed me trying to regain control over my life and finances. The news came just as we had a baby and the stress, shock, and uncertainty it brought robbed me and my wife of thoroughly enjoying our newborn. As well as creating a space for postpartum anxiety. The stress was worsened after finding out that the fraud scheme was created to benefit North Korea, and knowing that a hostile foreign government has your personal information and can target you at any time is extremely stressful.

How has this crime affected your ability to perform your work, make a living, run a household, go to school, or enjoy any other activities you previously performed or enjoyed?

The financial damage caused by the fraudulent activities made it extremely difficult to manage

my daily expenses and responsibilities. I had to spend countless hours contacting financial institutions, disputing charges, and freezing accounts. The stress impacted my ability to focus at work and disrupted my sleep. I became wary of sharing any personal information and felt unsafe even doing routine activities like checking my email or using online services. I isolated myself, fearful of further breaches and more losses. We are also planning on going back to school in the fall and filing for financial aid has been stressful since we have to go through the IRS and are unsure if we will be approved for anything due to the fraud in my name.

If you wish you may use this space to tell the judge whatever you would like her to know about how it is to be a victim of a violent crime; or any other information you would like to share.

Although identity theft is not a physical assault, the psychological and financial damage is lasting. It feels like someone broke into my life, impersonated me, and left me to pick up the pieces. There is a lingering fear that my information is still out there, ready to be misused again. The stigma of being a fraud victim also weighs heavily; I have had to explain myself to banks, creditors, and sometimes even to people I know. There is an ongoing sense of vulnerability and lack of control.

Reactions and feelings toward the criminal justice system:

Navigating the justice system has been confusing and, at times, disheartening. I appreciate the efforts made to bring the offender to justice, but there were moments I felt overlooked or like just another case number. That said, I am hopeful that accountability will bring some closure and that my voice is heard during sentencing. I urge the court to consider the ripple effects of this crime—not just on my credit or finances, but on my overall well-being.

Sentencing Recommendation:

Your Honor,

Given the emotional, financial, and psychological damage I've endured as a result of this crime, I respectfully ask that the court impose a sentence that reflects the seriousness of what was done. Identity theft is not a victimless crime—it deeply disrupts lives, creates long-term stress and fear, and damages trust in financial and legal systems.

Amount of financial loss:

While it is uncertain just how far the financial consequences go, we have yet to start rebuilding after a bankruptcy which has cost us about $3,000 as well as updating our cyber security protection for $250.