# IMPACT STATEMENT

**CASE REFERENCE**: U.S. Department of Justice - VNS - Investigative Case 223H-PX-3791464 - Court Case 24-CR-00220
**COMPANY NAME**: Jeenie, Inc.
**SUBMITTED BY**: Chris Ceresini
**DATE**: [Date of Submission]

## Introduction

I am submitting this impact statement on behalf of Jeenie, Inc. regarding the fraudulent employment of Christine Chapman during the period of 4/1/23 to 11/22/23. Our company was deliberately misled into hiring this individual based on falsified credentials, qualifications, and identity.

## Financial Impact

### 1. Direct Monetary Losses

**a) Compensation Fraudulently Obtained**

- Base Salary/Wages: $92,613.64
- Benefits: (health insurance, retirement contributions): $9,283.05
- Expense Reimbursements: $0
- **Total Compensation Fraudulently Obtained**: $101,896.69

**b) Recruitment and Onboarding Costs**

- Equipment/Technology Provided: $3,960.16
- **Total Recruitment and Onboarding Costs**: $3,960.16

**c) Additional Financial Damages**

- Cost of Internal Investigation: $50,000
- Legal Fees: $6,244
- **Total Additional Costs**: $66,244

**TOTAL QUANTIFIABLE FINANCIAL IMPACT (MINUS COMPENSATION)**: $70,204.16

# Operational Impact

### 1. Productivity Losses

- Estimated hours of management time diverted to address the situation: 25 Hours
- Estimated productivity loss:
    - Our Chief Technology Officer (CTO), who oversees all technological strategy and operations for our company, was required to devote substantial time to this investigation. During this period, working hours were diverted to
        - Gathering and reviewing employment records and digital communications
        - Participating in multiple interviews with DOJ investigators
        - Reconstructing the timeline of the fraudulent worker's hiring and activities
        - Identifying potentially compromised systems and intellectual property
        - Coordinating internal technical forensic efforts

### 2. Security and Compliance Concerns

- Beyond these quantifiable losses, the organization also experienced severe intangible impacts including:
    - Potential compromise of intellectual property with lasting competitive implications
    - Risk of data exposure to unauthorized international entities
    - Damage to our security reputation in the industry
    - Team morale challenges and increased anxiety about security protocols
    - Diversion of executive focus from core business objectives to crisis management
- This critical security breach and subsequent investigation highlight the catastrophic consequences of a single fraudulent hiring incident. The unauthorized overseas outsourcing of sensitive work created vulnerabilities that required our CTO's direct intervention at significant cost to our company's operational effectiveness, data security, strategic positioning, and financial performance.

## 3. Impact Statement

- The extensive time our CTO was forced to dedicate to this investigation and security remediation represents an extraordinary but necessary allocation of our most valuable technical leadership resource, without which the company would have faced even more severe consequences.

# Requested Relief

Based on the impacts outlined above, we respectfully request the court to consider:

1. Full restitution in the amount of $100,000 to cover our direct financial losses
2. Additional compensation for operational disruption in the amount of $50,000

## Supporting Documentation

The following documents are attached to substantiate the financial and operational impacts detailed in this statement:

1. [List of payroll records]
2. [List of expense reports/reimbursements]
3. [List of project delay documentation]
4. [Any other relevant supporting evidence]

## Conclusion

The fraudulent actions of Christine Chapman have caused substantial harm to our business beyond just the financial damages outlined. We appreciate the court's consideration of this impact statement in determining appropriate consequences and remedies.

Respectfully submitted,

*Christopher Ceresini*

Christopher Ceresini, Director of Finance
Jeenie, Inc.

█████████



## Fwd: Thank you for your order.

1 message



---------- Forwarded message ---------
From: **Apple Store** <order_acknowledgement_retail_business_US@orders.apple.com>
Date: Thu, Mar 23, 2023 at 2:11 PM
Subject: Thank you for your order.
To: < ████████████ >
Cc: < █████████ >, < ████████████████ >

                                   Apple Retail for Business

# Order Acknowledgement

**Order number:**                          **Date ordered:**
██████████                                  March 23, 2023

**Bill to:**                                **Ship to:**
JEENIE                                      Jeenie
GLOBAL PROFESSIONAL SEARCH INC              Evan Villemez
████████████████                            ████████████
                                            ██████████████
USA                                         USA

Visit Order Status to view your order details.

| Product / Description | Quantity | Price | Total |
|---|---|---|---|
| **14-inch MacBook Pro - Space Gray**<br>Z17H<br><br>Configuration<br>· Apple M2 Max with 12-core CPU, 30-core GPU, 16-core Neural Engine<br>· 64GB unified memory<br>· 96W USB-C Power Adapter<br>· 1TB SSD storage<br>· Three Thunderbolt 4 ports, HDMI port, SDXC card slot, headphone jack, MagSafe 3 port<br>· INPUT 065-CDWP Touch ID<br>· 14-inch Liquid Retina XDR display²<br>· MOUSE AND TRACKPAD 065-CDWM Force Touch Trackpad<br>· PRO APPS BUNDLE FOR EDU 065-CF1J NONE<br>· SW FINAL CUT PRO 065-CF1L NONE<br>· SW LOGIC PRO 065-CF1N NONE<br>· Backlit Magic Keyboard with Touch ID - US English<br>· Accessory Kit | 1 | $3,499.00 | **$3,499.00** |
| **AC+ FOR MACBOOK PRO 14-INCH M2-PHX**<br>SGC12LL/A | 1 | $237.00 | **$237.00** |

| | | |
|---|---|---|
| | Subtotal | $3,736.00 |
| | Tax | $224.16 |
| | **Order Total** | **$3,960.16** |

**If you have any questions concerning your order, please contact your Business Team.**

Apple, Bethesda Row
4860 Bethesda Avenue
Bethesda Maryland 20814
bethesdabusiness@apple.com
1-301-6340883

This order is subject to the terms and conditions of your direct customer agreement with Apple. If you do not have a direct customer agreement, please see our Sales and Refund Policies.

Copyright © 2023 Apple Inc. All rights reserved.

Terms of Use | Privacy Policy | Sales and Refunds

Payroll Register Excel with Employer Charges

Company Code : 14BC
Company Name : Jeenie
Invoice Date Between 01/01/2023 -> 12/31/2023

Page No : 1

**trinet**

Run Date : 05/03/2024 11:08:34 AM

| Employee Name | Employee ID | Department Long Descr | Location Long Descr | Pay Frequency Descr Long | Invoice Number | Pay End Date | Invoice Date | Regular Hours | Regular Rate | Regular Earnings | Overtime Hours | Holiday | Holiday (hrs) | Holiday (rate) | Gross Wages - Totals | Federal FICA Med Hospital Ins / EE | Federal OASDI/Disability - EE | Federal Withholding | State Withholding | Taxes - EE - Totals | Net Pay | FICA Medicare | FICA OASDI | FUTA Debt | Federal Unemployment | State Unemployment Taxes | Taxes - ER - Totals | Life and AD&D | Long-Term Disability | Employer Paid Benefits - Totals | Workers Comp | Workers Comp Fee - Totals | Return Deduction | Returned Deductions - Totals | Service Fee | Fees - Totals | Total Client Charges |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| , Scott M | 00010563015 | Engineering | Arizona | Semimonthly | 8445613 | 04/15/2023 | 04/25/2023 | 80.00 | $72.12 | 6,250.00 | 0.00 | | | | 6,250.00 | $90.63 | $387.50 | $521.71 | $125.00 | $1,124.84 | $5,125.16 | $90.63 | $387.50 | $0.00 | $37.50 | $368.75 | $884.38 | | | | | $15.00 | $15.00 | $0.00 | $0.00 | $88.18 | $88.18 | $7,237.56 |
| , Scott M | 00010563015 | Engineering | Arizona | Semimonthly | 8462891 | 04/30/2023 | 05/10/2023 | 80.00 | $72.12 | 6,250.00 | 0.00 | | | | 6,250.00 | $90.62 | $387.50 | $521.71 | $125.00 | $1,124.83 | $5,125.17 | $90.62 | $387.50 | $0.00 | $4.50 | $103.25 | $585.87 | | | | | $15.00 | $15.00 | $0.00 | $0.00 | $88.18 | $88.18 | $6,939.05 |
| , Scott M | 00010563015 | Engineering | Arizona | Semimonthly | 8479003 | 05/15/2023 | 05/25/2023 | 88.00 | $72.12 | 6,250.00 | 0.00 | | | | 6,250.00 | $90.63 | $387.50 | $521.71 | $125.00 | $1,124.84 | $5,125.16 | $90.63 | $387.50 | $0.00 | $0.00 | $0.00 | $478.13 | $2.66 | $5.63 | $8.29 | $15.00 | $15.00 | $0.00 | $0.00 | $88.18 | $88.18 | $6,839.60 |
| , Scott M | 00010563015 | Engineering | Arizona | Semimonthly | 8496222 | 05/31/2023 | 06/09/2023 | 88.00 | $72.12 | 5,673.08 | 0.00 | 576.92 | 8.00 | $72.12 | 6,250.00 | $90.63 | $387.50 | $521.71 | $125.00 | $1,124.84 | $5,125.16 | $90.63 | $387.50 | $0.00 | $0.00 | $0.00 | $478.13 | $2.66 | $5.63 | $8.29 | $15.00 | $15.00 | $0.00 | $0.00 | $88.18 | $88.18 | $6,839.60 |
| , Scott M | 00010563015 | Engineering | Arizona | Semimonthly | 8512288 | 06/15/2023 | 06/23/2023 | 88.00 | $72.12 | 6,250.00 | 0.00 | | | | 6,250.00 | $90.63 | $387.50 | $521.71 | $125.00 | $1,124.84 | $5,125.16 | $90.63 | $387.50 | $0.00 | $0.00 | $0.00 | $478.13 | $2.66 | $5.63 | $8.29 | $15.00 | $15.00 | $0.00 | $0.00 | $88.18 | $88.18 | $6,839.60 |
| , Scott M | 00010563015 | Engineering | Arizona | Semimonthly | 8531352 | 06/30/2023 | 07/10/2023 | 80.00 | $72.12 | 5,673.08 | 0.00 | 576.92 | 8.00 | $72.12 | 6,250.00 | $90.62 | $387.50 | $521.71 | $125.00 | $1,124.83 | $5,125.17 | $90.62 | $387.50 | $0.00 | $0.00 | $0.00 | $478.12 | $2.66 | $5.63 | $8.29 | $15.00 | $15.00 | $0.00 | $0.00 | $88.18 | $88.18 | $6,839.60 |
| , Scott M | 00010563015 | Engineering | Arizona | Semimonthly | 8547533 | 07/15/2023 | 07/25/2023 | 72.00 | $72.12 | 5,673.08 | 0.00 | 576.92 | 8.00 | $72.12 | 6,250.00 | $90.63 | $387.50 | $521.71 | $125.00 | $1,124.84 | $5,125.16 | $90.63 | $387.50 | $0.00 | $0.00 | $0.00 | $478.13 | $2.66 | $5.63 | $8.29 | $15.00 | $15.00 | $0.00 | $0.00 | $88.18 | $88.18 | $6,839.60 |
| , Scott M | 00010563015 | Engineering | Arizona | Semimonthly | 8565511 | 07/31/2023 | 08/10/2023 | 88.00 | $72.12 | 6,250.00 | 0.00 | | | | 6,250.00 | $90.63 | $387.50 | $521.71 | $125.00 | $1,124.84 | $5,125.16 | $90.63 | $387.50 | $0.00 | $0.00 | $0.00 | $478.13 | $2.66 | $5.63 | $8.29 | $15.00 | $15.00 | $0.00 | $0.00 | $88.18 | $88.18 | $6,839.60 |
| , Scott M | 00010563015 | Engineering | Arizona | Semimonthly | 8582853 | 08/15/2023 | 08/25/2023 | 88.00 | $72.12 | 6,250.00 | 0.00 | | | | 6,250.00 | $90.63 | $387.50 | $521.71 | $125.00 | $1,124.84 | $5,125.16 | $90.63 | $387.50 | $0.00 | $0.00 | $0.00 | $478.13 | $2.66 | $5.63 | $8.29 | $15.00 | $15.00 | $0.00 | $0.00 | $88.18 | $88.18 | $6,839.59 |
| , Scott M | 00010563015 | Engineering | Arizona | Semimonthly | 8599069 | 08/31/2023 | 09/08/2023 | 96.00 | $72.12 | 6,250.00 | 0.00 | | | | 6,250.00 | $90.62 | $387.50 | $521.71 | $125.00 | $1,124.83 | $5,125.17 | $90.62 | $387.50 | $0.00 | $0.00 | $0.00 | $478.12 | $2.66 | $5.63 | $8.29 | $15.00 | $15.00 | $0.00 | $0.00 | $88.18 | $88.18 | $6,839.59 |
| , Scott M | 00010563015 | Engineering | Arizona | Semimonthly | 8616450 | 09/15/2023 | 09/25/2023 | 80.00 | $72.12 | 5,673.08 | 0.00 | 576.92 | 8.00 | $72.12 | 6,250.00 | $90.63 | $387.50 | $521.71 | $125.00 | $1,124.84 | $5,125.16 | $90.63 | $387.50 | $0.00 | $0.00 | $0.00 | $478.13 | $2.66 | $5.63 | $8.29 | $15.00 | $15.00 | $0.00 | $0.00 | $88.18 | $88.18 | $6,839.60 |
| , Scott M | 00010563015 | Engineering | Arizona | Semimonthly | 8636046 | 09/30/2023 | 10/10/2023 | 80.00 | $72.12 | 6,250.00 | 0.00 | | | | 6,250.00 | $90.63 | $387.50 | $521.71 | $125.00 | $1,124.83 | $5,125.17 | $90.63 | $387.50 | $0.00 | $0.00 | $0.00 | $478.13 | $2.66 | $5.63 | $8.29 | $15.63 | $15.63 | $0.00 | $0.00 | $93.47 | $93.47 | $6,845.51 |
| , Scott M | 00010563015 | Engineering | Arizona | Semimonthly | 8652584 | 10/15/2023 | 10/25/2023 | 72.00 | $72.12 | 5,673.08 | 0.00 | 576.92 | 8.00 | $72.12 | 6,250.00 | $90.63 | $387.50 | $521.71 | $125.00 | $1,124.84 | $5,125.16 | $90.63 | $387.50 | $0.00 | $0.00 | $0.00 | $478.13 | $2.54 | $5.63 | $8.17 | $15.63 | $15.63 | $0.00 | $0.00 | $93.47 | $93.47 | $6,845.40 |
| , Scott M | 00010563015 | Engineering | Arizona | Semimonthly | 8673892 | 10/31/2023 | 11/10/2023 | 96.00 | $72.12 | 6,250.00 | 0.00 | | | | 6,250.00 | $90.62 | $387.50 | $521.71 | $125.00 | $1,124.83 | $5,125.17 | $90.62 | $387.50 | $0.00 | $0.00 | $0.00 | $478.12 | $2.54 | $5.63 | $8.17 | $15.63 | $15.63 | $0.00 | $0.00 | $93.47 | $93.47 | $6,845.39 |
| , Scott M | 00010563015 | Engineering | Arizona | Semimonthly | 8687701 | 11/15/2023 | 11/22/2023 | 72.00 | $72.12 | 5,113.64 | 0.00 | | | | 5,113.64 | $74.15 | $317.05 | $271.71 | $102.27 | $765.18 | $4,348.46 | $74.15 | $317.05 | $0.00 | $0.00 | $0.00 | $391.20 | $5.07 | $11.26 | $16.33 | $12.78 | $12.78 | $0.00 | $0.00 | $93.47 | $93.47 | $5,627.42 |
| **Grand Totals** | | | | | | | | **1,248.00** | | **89,729.04** | **0.00** | **2,884.60** | **40.00** | **360.60** | **92,613.64** | **1,342.90** | **5,742.05** | **7,575.65** | **1,852.27** | **16,512.87** | **76,100.77** | **1,342.90** | **5,742.05** | **0.00** | **42.00** | **472.00** | **7,598.95** | **36.75** | **78.82** | **115.57** | **224.67** | **224.67** | **0.00** | **0.00** | **1,343.86** | **1,343.86** | **101,896.69** |

© 2009-2024 TriNet Group, Inc. All rights reserved.

9,283.05

$102,236.93
340.230999999901