**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No. 24-CR-220** |
| **v.** | **:** | |
| | **:** | |
| **CHRISTINA CHAPMAN,** | **:** | |
| | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**ORDER**

Upon consideration of the government's unopposed motion for order of restitution, it is this _____ day of August, 2025, hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the final judgment and commitment shall order the defendant to pay _____ in restitution as follows:

| Victim | Amount |
|---|---|
| DataStaff Inc. | |
| Jennie, Inc. | |
| Frank Pernice | |
| Tavaris Brown | |
| Cody Willsey | |
| Matthew Lee | |
| **Total** | |

It is further ORDERED that the government shall provide the Clerk's Finance Office with address information for each victim.

_____
Randolph M. Moss
U.S. District Judge