

**DataStaff, Inc.**
**Open Invoices**
As of June 12, 2025

| | Type | Date | Num | P. O. # | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Client Name - Redacted** | | | | | | | | | |
| **James B▮▮▮** | | | | | | | | | |
| | Invoice | 03/15/2024 | 48580 | | Net 30 | 04/14/2024 | Staffing | 424 | 15,600.00 |
| **Total James B▮▮** | | | | | | | | | 15,600.00 |
| **Total Client Name - Redacted** | | | | | | | | | 15,600.00 |

Exhibit 1

Page 1 of 1