

## Fwd: Thank you for your order.

1 message



---------- Forwarded message ---------
From: **Apple Store** <order_acknowledgement_retail_business_US@orders.apple.com>
Date: Thu, Mar 23, 2023 at 2:11 PM
Subject: Thank you for your order.
To: <███████████████>
Cc: <████████████>, <███████████████████>

 Apple Retail for Business

# Order Acknowledgement

**Order number:**
████████████

**Date ordered:**
March 23, 2023

**Bill to:**
JEENIE
GLOBAL PROFESSIONAL SEARCH INC
████████████████
USA

**Ship to:**
Jeenie

USA

Visit Order Status to view your order details.

| Product / Description | Quantity | Price | Total |
|---|---|---|---|
| **14-inch MacBook Pro - Space Gray** | 1 | $3,499.00 | **$3,499.00** |

Z17H

Configuration
· Apple M2 Max with 12-core CPU, 30-core GPU, 16-core Neural Engine
· 64GB unified memory
· 96W USB-C Power Adapter
· 1TB SSD storage
· Three Thunderbolt 4 ports, HDMI port, SDXC card slot, headphone jack, MagSafe 3 port
· INPUT 065-CDWP Touch ID
· 14-inch Liquid Retina XDR display²
· MOUSE AND TRACKPAD 065-CDWM Force Touch Trackpad
· PRO APPS BUNDLE FOR EDU 065-CF1J NONE
· SW FINAL CUT PRO 065-CF1L NONE
· SW LOGIC PRO 065-CF1N NONE
· Backlit Magic Keyboard with Touch ID - US English
· Accessory Kit

| Product / Description | Quantity | Price | Total |
|---|---|---|---|
| **AC+ FOR MACBOOK PRO 14-INCH M2-PHX** <br> SGC12LL/A | 1 | $237.00 | **$237.00** |

| | | |
|---|---|---|
| Subtotal | | $3,736.00 |
| Tax | | $224.16 |
| **Order Total** | | **$3,960.16** |

**If you have any questions concerning your order, please contact your Business Team.**

Apple, Bethesda Row

4860 Bethesda Avenue

Bethesda Maryland 20814

bethesdabusiness@apple.com

1-301-6340883

This order is subject to the terms and conditions of your direct customer agreement with Apple. If you do not have a direct customer agreement, please see our Sales and Refund Policies.

Copyright © 2023 Apple Inc. All rights reserved.

Terms of Use | Privacy Policy | Sales and Refunds