**Proton AG**
32 Route de la Galaise
Plan-les-Ouates, Genève 1228
Switzerland

## INVOICE

Invoice #  **8171260**
Invoice Date  **2025-06-03**
Invoice Amount  **199.0 (USD)**
Customer ID  **cus_08855270d5**

**PAID**

**BILLED TO**
New York
United States

| DESCRIPTION | AMOUNT (USD) |
| --- | --- |
| Pass Lifetime | 199.0 |

| | |
| --- | --- |
| Total | 199.0 |
| Amount paid | -199.0 |
| Amount due (USD) | 0.0 |

**PAYMENTS**

**USD 199.0**  was paid on 2025-06-03 19:23:50 by Card ************5967