

**Cardholder Name and Account Number**

TAVARIS M BROWN



mastercard.

Page 2 of 3

XXXX-XXXX-XXXX-▉▉

| Transactions | | | | |
|---|---|---|---|---|
| **Post Date** | **Trans Date** | **Reference** | **Description** | **Amount** |
| 05/23 | 05/21 | 2524780GZ03V12E4P | LIFESTANCE HEALTH SOUT GOOSE CREEK  SC | $23.60 |
| 06/02 | 05/30 | 2524780H805F34QB6 | LIFESTANCE HEALTH SOUT GOOSE CREEK  SC | $72.00 |
| 06/07 | 06/05 | 2524780HE00ZBQYH1 | LIFESTANCE HEALTH SOUT GOOSE CREEK  SC | $107.00 |
| 06/16 | 06/13 | 2524780HN02FLB99L | LIFESTANCE HEALTH SOUT GOOSE CREEK  SC | $94.40 |
| **Fees** | | | | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$0.00** |
| **Interest Charged** | | | | |
| 06/16 | 06/16 | | Interest Charge on Purchases | $0.00 |
| 06/16 | 06/16 | | Interest Charge on Cash Advances | $0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **$0.00** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $0.00 |
| Total interest charged in 2024 | $0.00 |