UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
: Case No. 24-CR-220
v. :
:
CHRISTINA CHAPMAN, :
:
:
Defendant. :

## ORDER

Upon consideration of the government's unopposed motion for order of restitution, it is this 25&ch day of August, 2025, hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the final judgment and commitment shall order the defendant to pay $20,057.15 in restitution as follows:

| Victim | Amount |
|---|---|
| DataStaff Inc. | $15,600.00 |
| ~~Jennie, Inc.~~ Jeenie, Inc. | $3,960.16 |
| Frank Pernice | $199.99 |
| Tavaris Brown | $297.00 |
| Cody Willsey | — |
| Matthew Lee | — |
| Total | $20,057.15 |

It is further ORDERED that the government shall provide the Clerk's Finance Office with address information for each victim.

Randolph M. Moss
U.S. District Judge