**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal Action No. 1:24-CR-00220** |
| | : | |
| **CHRISTINA CHAPMAN,** | : | |
| | : | |
| **Defendant.** | : | |

## <u>DECLARATION OF PUBLICATION</u>

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules

of Criminal Procedure, notice of the forfeiture was posted on an official government internet

site (<u>www.forfeiture.gov</u>) for at least 30 consecutive days, beginning on July 28, 2025

and ending on August 26, 2025. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

February 06, 2026 at Washington, DC.

*Shirley Long*
Shirley Long
Records Examiner

Attachment 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**COURT CASE NUMBER: 1:24-CR-00220; NOTICE OF FORFEITURE**

Notice is hereby given that on July 24, 2025, in the case of U.S. v. Christina Chapman et al., Court Case Number 1:24-CR-00220, the United States District Court for the District of Columbia entered an Order condemning and forfeiting the following property to the United States of America:

$2,117.47 in funds from bank account #XXXXXX0368 in the name of Christina Chapman at Wells Fargo Bank Acct# XXXXXX0368 (24-FBI-000371) which was seized from Christina Chapman on October 27, 2023 at Wells Fargo Bank, located in Washington, DC

$9,767.08 in funds from bank account #XXXXXXX6710 in the name of Christina Chapman at Capital One Acct# XXXXXXX6710 (24-FBI-000473) which was seized from Christina Chapman on October 27, 2023 at Capital One, located in Washington, DC

Payroll funds in the amount of $6,400.00 Acct# None (24-FBI-000706) which was seized from Huron Consulting Group Inc on November 20, 2023 at 550 W. Van Buren Street, located in Washington, DC

Payroll funds in the amount of $9,007.73 Acct# None (24-FBI-000707) which was seized from Keeper Security on November 20, 2023 at 820 W. Jackson Blvd, #400, located in Washington, DC

Payroll funds in the amount of $1,292.12 Acct# None (24-FBI-000708) which was seized from McLane Company on November 20, 2023 at 4747 McLane Parkway, located in Washington, DC

Payroll funds in the amount of $3,553.34 Acct# None (24-FBI-000709) which was seized from Merit International on November 20, 2023 at 100 S. Murphy Avenue, Ste 200, located in Washington, DC

Payroll funds in the amount of $6,889.60 Acct# None (24-FBI-000711) which was seized from Tribune Publishing on November 20, 2023 at 560 W. Grand Ave, located in Washington, DC

Payroll funds in the amount of $5,115.38 Acct# None (24-FBI-000892) which was seized from LTIMindtree Limited on November 30, 2023 at 5 Independence Blvd, Suite 401, located in Washington, DC

Payroll funds in the amount of $23,569.37 Acct# None (24-FBI-000893) which was seized from NBC Universal Media LLC on November 30, 2023 at 100 Universal City Plaza, located in Washington, DC

Payroll funds in the amount of $4,904.55 Acct# None (24-FBI-000895) which was seized from Tribune Publishing on November 30, 2023 at 560 W. Grand Ave, located in Washington, DC

Payroll funds in the amount of $5,970.61 Acct# None (24-FBI-000896) which was seized from Upshop on November 30, 2023 at 401 E. Jackson Street, Suite 3300, located in Washington, DC

Payroll funds in the amount of $7,198.52 Acct# None (24-FBI-000899) which was seized from Ezen Computer Services Inc on November 30, 2023 at 5 Independence Way, Ste 305, located in Washington, DC

Payroll funds in the amount of $6,072.47 Acct# None (24-FBI-000962) which was seized from Wise Inc. on November 15, 2023 at 30 W 26th Street, located in Washington, DC

Payroll funds in the amount of $2,124.71 Acct# None (24-FBI-001258) which was seized from Wildlife Studios on December 12, 2023 at Four Embarcadero Center, located in Washington, DC

Payroll funds in the amount of $1,825.99 Acct# None (24-FBI-001260) which was seized from Miratech on December 12, 2023 at 140 Broadway, 46th Floor, located in Washington, DC

Payroll funds in the amount of $9,473.63 Acct# None (24-FBI-002982) which was seized from Global Professional Search Inc (dba Jeenie) on March 13, 2024 at 1816 Redwood Terrace NW, located in Washington, DC

Payroll funds in the amount of $7,235.70 Acct# None (24-FBI-002983) which was seized from LTIMindtree Limited on March 13, 2024 at 5 Independence Blvd, Suite 401, located in Washington, DC

Payroll funds in the amount of $16,155.15 Acct# None (24-FBI-002984) which was seized from Centric Consulting LLC on March 13, 2024 at 1215 Lyons Rd, Bldg F, located in Washington, DC

Payroll funds in the amount of $3,541.20 Acct# None (24-FBI-002985) which was seized from DataStaff Inc on March 13, 2024 at 100 Six Forks Rd, Ste 105, located in Washington, DC

Payroll funds in the amount of $8,907.16 Acct# None (24-FBI-002986) which was seized from GCI Technologies & Solutions Inc on March 13, 2024 at 11325 Random Hills Rd, located in Washington, DC

Payroll funds in the amount of $6,956.00 Acct# None (24-FBI-002987) which was seized from Global Technical Talent on March 13, 2024 at 3000 C St, Ste 301, located in Washington, DC

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (July 28, 2025) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 333 Constitution Ave., NW, Washington, DC  20001, and a copy served upon Assistant United States Attorney Rick Blaylock, 601 D Street, N.W., Washington, DC  20530.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Rick Blaylock, 601 D Street, N.W., Washington, DC  20530. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between July 28, 2025 and August 26, 2025.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Christina Chapman et al.

**Court Case No:**    1:24-CR-00220
**For Asset ID(s):**    See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 07/28/2025 | 23.9 | Verified |
| 2 | 07/29/2025 | 23.9 | Verified |
| 3 | 07/30/2025 | 23.9 | Verified |
| 4 | 07/31/2025 | 23.8 | Verified |
| 5 | 08/01/2025 | 23.8 | Verified |
| 6 | 08/02/2025 | 23.9 | Verified |
| 7 | 08/03/2025 | 23.9 | Verified |
| 8 | 08/04/2025 | 23.8 | Verified |
| 9 | 08/05/2025 | 23.9 | Verified |
| 10 | 08/06/2025 | 23.9 | Verified |
| 11 | 08/07/2025 | 23.9 | Verified |
| 12 | 08/08/2025 | 23.9 | Verified |
| 13 | 08/09/2025 | 23.9 | Verified |
| 14 | 08/10/2025 | 23.9 | Verified |
| 15 | 08/11/2025 | 23.9 | Verified |
| 16 | 08/12/2025 | 23.9 | Verified |
| 17 | 08/13/2025 | 23.8 | Verified |
| 18 | 08/14/2025 | 23.9 | Verified |
| 19 | 08/15/2025 | 23.9 | Verified |
| 20 | 08/16/2025 | 23.9 | Verified |
| 21 | 08/17/2025 | 23.8 | Verified |
| 22 | 08/18/2025 | 23.8 | Verified |
| 23 | 08/19/2025 | 23.9 | Verified |
| 24 | 08/20/2025 | 23.8 | Verified |
| 25 | 08/21/2025 | 23.9 | Verified |
| 26 | 08/22/2025 | 23.9 | Verified |
| 27 | 08/23/2025 | 23.9 | Verified |
| 28 | 08/24/2025 | 23.9 | Verified |
| 29 | 08/25/2025 | 23.9 | Verified |
| 30 | 08/26/2025 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.